UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI ANNE GARMANY,<br><br>      Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br><br>      Defendant. | Case No.  22-cv-05002-SVK<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On August 29, 2023, following a period of inactivity and missed deadlines, the Court issued an Order to Show Cause re Dismissal.  Dkt. 19 ("OSC").  The OSC set a deadline of October 3, 2023 for Plaintiff to file either (1) an amended civil cover sheet and motion for summary judgment or (2) a written response to the OSC.  *Id.*  The OSC also ordered Plaintiff to appear by Zoom at an OSC hearing on October 10, 2023.  *Id.*  The OSC warned that "[f]ailure to respond and appear as ordered will result in dismissal of this case without prejudice."  *Id.*

Plaintiff has not filed anything since issuance of the OSC and did not appear at the OSC hearing on October 10, 2023.  On the record at the hearing, the Court summarized the previous orders and missed deadlines in this case, and ordered that the case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to prosecute.  The Clerk of Court shall close the file.

**SO ORDERED.**

Dated: October 10, 2023

SUSAN VAN KEULEN
United States Magistrate Judge